IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00488-RBJ

JOHN PAUL ANDERSON, a Receiver for Mantria corporation,

      Plaintiff,

v.

ASTOR WEISS KAPLAN & MANDEL, LLP,
TATUM, LLC, a division of Randstad Holding, nv,
CHRISTOPHER P. FLANNERY, an individual,
DANIEL J. RINK, an individual,
KRASSENSTEIN & UNGER, LLC, and
STEVEN L. GRANOFF, an individual,

      Defendants.

_____

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

_____

      This matter has been scheduled for a **two-week jury trial** on the docket of Judge R.

Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street,

Denver, Colorado, to commence on **June 3, 2013 at 9:00 a.m.**

      A Final Pretrial/Trial Preparation Conference is set for **May 13, 2013 at 8:00 a.m.**

Counsel who will try the case shall attend in person.

      During the Final Pretrial/Trial Preparation Conference the parties should be prepared to

address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues,

stipulations as to fact, and any other issue affecting the duration or course of the trial.

      For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 12${}^{th}$ day of July, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge