**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00488-RBJ

JOHN PAUL ANDERSON,
as Receiver for Mantria Corporation,

        Plaintiff,

v.

ASTOR WEISS KAPLAN & MANDEL, LLP;
TATUM, LLC, a division of Randstad Holding, nv;
CHRISTOPHER P. FLANNERY, an individual;
DANIEL J. RINK, an individual;
KRASSENSTEIN & UNGER, LLC; and
STEVEN L. GRANOFF, an individual.

        Defendants.

---

**ORDER GRANTING REQUEST TO VACATE APRIL 12, 2013, HEARING**

---

THE COURT, having reviewed the Notice of Settlements in Principle and Request To Vacate April 12, 2013, Hearing finds that said Request should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, that because the Parties have reached settlements in principle, and because the Plaintiff and Rink believe in good faith that a settlement on all terms will be reached within two weeks, the hearing scheduled for Friday, April 12, 2013, at 8:00 a.m. is hereby vacated. The Motions to Dismiss based on lack of personal jurisdiction shall be held in abeyance pending finalization of the settlement documents.

Dated this 11th day of April, 2013.

BY THE COURT

*[signature: Brooke Jackson]*

_____
United States District Court Judge

113617.1